UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MULFORD, | Case No. 3:25-cv-00597-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Dennis Mulford has filed a motion for a 31-day extension of time to file his amended petition. (ECF No. 12 ("Motion").) This is Mulford's second request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 12) is granted. Mulford has up to and including June 1, 2026, to file his amended petition.

DATED THIS 8th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE