# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MULFORD, | Case No. 3:25-cv-00597-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

Petitioner Dennis Mulford has filed an unopposed motion for a 30-day extension of time to file his amended petition. (ECF No. 16 ("Motion").) This is Mulford's fourth request for an extension of this deadline. The Court finds that good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 16) is granted. Mulford has up to and including July 31, 2026, to file his amended petition.

DATED THIS 2nd Day of July 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE