UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENNIS MULFORD,<br>Petitioner,<br>v.<br>STATE OF NEVADA,<br>Respondent. | Case No. 3:25-cv-00597-MMD-CLB<br>ORDER |

Petitioner Dennis Mulford filed a pro se federal habeas petition on October 29, 2025. (ECF No. 6 ("Petition").) The Court appointed counsel to represent Mulford on December 2, 2025. (ECF No. 9.) Mulford has now filed a counseled motion to voluntarily dismiss his Petition. (ECF No. 18 ("Motion").) I find that good cause exists to grant the Motion.

It is therefore ordered that the Petition (ECF No. 6) is voluntarily dismissed without prejudice.

It is further ordered that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

The Clerk of Court is directed to enter final judgment and close this case.

DATED THIS 21st Day of July 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE